ORIGINAL

CADES SCHUTTE LLP

PHILIP J. LEAS        1467-0
ALLISON M. MIZUO      7619-0
1000 Bishop Street, 12th Fl.
Honolulu, HI  96813-4216
Telephone:  (808) 521-9200
Email:  pleas@cades.com

Attorneys for Plaintiff
FIRST HAWAIIAN BANK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 04 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| FIRST HAWAIIAN BANK,<br><br>        Plaintiff,<br><br>    v.<br><br>HAKIM DEVELOPMENT COMPANY,<br><br>        Defendant.<br><br>DUKE ENERGY FIELD SERVICES, LP,<br><br>        Garnishee. | NO. MS00-00092 DAE-LEK<br><br>**RECEIPT** |

## RECEIPT

This receipt acknowledges receipt of Check No. 106367 in the amount of $667.48 dated December 25, 2005, received on January 3, 2006 pursuant to the

ImanageDB:628058.1

Garnishee Order issued on January 10, 2003, under Civil No. MSOO-00092 DAE-LEK, in the United States District Court, for the District of Hawaii, State of Hawaii, <u>First Hawaiian Bank v. Hakim Development Company</u>, and directed to Garnishee EEC, INC.

DATED: Honolulu, Hawaii, January 3, 2006.

CADES SCHUTTE LLP

_/s/ Philip J. Leas_
PHILIP J. LEAS
ALLISON M. MIZUO
Attorneys for Plaintiff
FIRST HAWAIIAN BANK

ImanageDB:628058.1